1406

## MOTION DOCKET

98–1428.   State ex rel. Youngstown City School Dist. Bd. of Edn. v. Youngstown.
In Mandamus. On response to show cause order. Respondents are found not to be in contempt. Nevertheless, IT IS HEREBY ORDERED that respondents must continue to comply with our December 1998 writ.